RECEIVED
MAR - 7 2022
AT 8:30_______________M
WILLIAM T. WALSH
CLERK

3.1.22

Dear Judge Williams

I apologize if I am not doing this correctly. my mom spoke to mr. Coughlin and their office is not representing me in my Compassionate Release motion. I did hear from him close to 2 months ago telling me the Court accepted my motion and it was dated 1-10-22. Can you please advise as to what steps I need to take to have this motion heard. I can only go by what others say and that is

1) The gov't should have responded weeks ago

or

2). The court should rule

Any advice would greatly be appreciated

Respectfully.

[illegible]

Robert Armstrong
#64949.050
33½ Pembroke RD
Danbury, CT 06811

Robert Armstrong
#64949-050
33 1/2 Pembroke RD
Danbury CT 06811
FCI Danbury

WESTCHESTER NY 105
2 MAR 2022 PM 5 L

Mitchell Cohen Courthouse
Attn: The Honorable Noel Hillman
400 Cooper St
Camden NJ 08102

08102-157000