UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

MAY 25, 2023
DATE OF PROCEEDING

OFFICE: CAMDEN
JUDGE NOEL L. HILLMAN
COURT REPORTER: Ann Marie Mitchell
OTHER: Erin DeSilva, U.S. Probation

TITLE OF CASE: DOCKET# 20-CR-95 (NLH)
UNITED STATES OF AMERICA

vs

ROBERT S. ARMSTRONG .
DEFENDANT PRESENT

APPEARANCES:
Diana V. Carrig, AUSA for Government.
Christopher O'Malley, AFPD for Defendant.

NATURE OF PROCEEDINGS: INITIAL APPEARANCE/VIOLATION SUPERVISED RELEASE PETITION

Hearing on [36] Petition and Order for Summons Violation of Supervised Release;
Hearing on defendant's application for appointment of counsel;
Financial Affidavit reviewed in open court; Ordered application Granted;
Ordered Christopher O'Malley, AFPD appointed to represent defendant; Order to be entered.
Defendant advised of rights, charges, and penalties.
Defendant waives formal reading of the petition.
Defendant waives preliminary hearing.
Plea: not guilty
Final hearing set for Monday, September 18, 2023 at 1:30pm, Courtroom 3a.
Ordered previous terms of supervised release continued.

Time commenced: 11:45 a.m. Time Adjourned: 12:00 p.m. Total Time: 15 min.
s/GN, Deputy Clerk