UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| VS. | : | |
| ROBERT S. ARMSTRONG | : | CRIM. NO. 14-633 and 20-0095 (NLH) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 25th day of May 2023,

ORDERED that Anthony Thomas, Federal Public Defender (Christopher O'Malley, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter until further order of the Court.

Noel L. Hillman

HON. NOEL L. HILLMAN,
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender