PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Application To Withdraw Petition for Warrant or Summons for Individual Under Supervision

Name of Individual Under Supervision: Robert S. Armstrong

Cr.:14-00633-001
Cr.: 20-00095-001
PACTS #: 826641

Name of Sentencing Judicial Officer: THE HONORABLE NOEL L. HILLMAN
SENIOR UNITED STATES DISTRICT JUDGE

Original Offense: 14-CR-633: Mail Fraud, 18 U.S.C. §§ 1341 and 2; a Class C Felony

Original Offense: 20-CR-95: Mail Fraud, 18 U.S.C. § 1341; a Class C Felony

Original Sentence: 14-CR-633: Imposed on 11/13/2015; 57 months imprisonment, 3 years supervised release

Violation Sentence: 14-CR-633: Imposed on 05/08/2020; 24 months imprisonment, 1 year supervised release

Original Sentence: 20-CR-95: Imposed on 05/08/2020; 41 months imprisonment, 3 years supervised release

Current Custodial Status: At liberty

Special Conditions: Special Assessment, Drug Treatment/Testing, Financial Disclosure, Gambling/Gambling Establishment Restriction, Mental Health Treatment, Special Assessment, Restitution - Money, New Debt Restriction, Self-Employment Disclosure, Occupational Restrictions

Type of Supervision: Supervised Release Date Supervision Commenced: 03/10/2023

## PETITIONING THE COURT

To withdraw the *Petition for Warrant or Summons for Individual Under Supervision* filed with the court on May 12, 2023.

## CAUSE

On May 10, 2023, a Petition for Summons (Probation Form 12C) was submitted to the Honorable Noel L. Hillman regarding Armstrong's Violation of Supervised Release, and a summons was issued. Armstrong made his initial appearance before Judge Hillman on May 25, 2023. Armstrong pled not guilty to all violations, and Judge Hillman allowed the Violation of Supervised Release (VOSR) to remain held in abeyance, with a hearing date set for September 18, 2023, to allow Armstrong to find suitable and verifiable employment. It was agreed that if Armstrong was successful in finding employment, the Violation of Supervised Release Petition would be dismissed. Since then, Armstrong has secured verified employment as a behavior technician with

TheraCare and Progressive Option Support Services. Both companies are in the field of education, and Armstrong addresses behavioral issues with children in school, daycare, and home settings. In addition to securing the two part-time jobs and providing proof of employment, he remains in compliance with his other conditions of supervised release.

Currently, a joint recommendation is being presented by the Probation Office, the government, and defense to dismiss the Violation of Supervised Release Petition. As such, the United States Probation Office respectfully requests to withdraw the Petition for Summons for Individual Under Supervision signed by the Court on May 12, 2023.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: BETHANY CREDE
Senior U.S. Probation Officer

/ bc

APPROVED:

11/1/2023

ANTHONY M. STEVENS — Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [x] Withdrawal of the Petition for Summons issued on May 12, 2023, and to dismiss the Violation of Supervised Release (as recommended by the Probation Office)
- [ ] Other

Signature of Judicial Officer

November 2, 2023

Date