*May 20, 2025*

RECEIVED

MAY 27 2025

KAREN M. WILLIAMS
U.S. DISTRICT JUDGE

***The Honorable Karen M. Williams***

***Re: 1:20-cr-00095-KMW***

***I, Robert Armstrong, pro se, filed a motion to have my supervised relief terminated. When the government did not respond in a timely manner, I petitioned the Court to compel the government to respond. This was ordered on 4-15-25. As of 4-20-25 the government has not responded to Your Honor's petition. I am therefore, asking for the court to terminate my supervised relief.***

***Respectfully Submitted,***

***Robert Armstrong***

To expedite the recovery, kindly fax this notification to us or email to asset-recovery-service
To ensure receipt, it is recommended that you also return this notification via regular mail

**Other Orders/Judgments**
1:20-cr-00095-KMW USA v. ARMSTRONG **CASE CLOSED on 05/15/2020**

CLOSED

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 4/15/2025 at 3:52 PM EDT and filed on 4/15/2025
**Case Name:** USA v. ARMSTRONG
**Case Number:** 1:20-cr-00095-KMW
**Filer:**
**Document Number:** 42(No document attached)

**Docket Text:**
**TEXT ORDER The Government shall file its response to the Motion for Early Termination of Supervised Release filed by ROBERT S. ARMSTRONG (ECF No. 41) within thirty (30) days of this Order. So Ordered by Judge Karen M. Williams on 4/15/25. (nar)**

**1:20-cr-00095-KMW-1 Notice has been electronically mailed to:**

CHRISTOPHER H. O'MALLEY christopher_o'malley@fd.org, NJX_Camden1@fd.org

DIANA V. CARRIG diana.carrig@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**1:20-cr-00095-KMW-1 Notice has been sent by regular U.S. Mail:**

**Asset Recovery Service**
425 Hurffville Cross Keys RD #791
Blackwood, NJ 08012

SOUTH JERSEY NJ 080
19 MAY 2025 PM 7 L



Federal Courthouse
Attn: Judge Karen williams
4TH : cooper St
Camden NJ 08101

08102-157014